

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 28, 2023**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: | |
| JOAN LE ANN GILLHAM,<br>    Debtor | Case Number: 19-33107-SGJ-7<br>(Chapter 7) |
| JOAN LE ANN GILLHAM,<br>    Plaintiff, | |
| v. | Adv. No. 20-03000-SGJ |
| NAVIENT EDUCATION LOAN<br>CORP. et al,<br>    Defendants. | |

## AGREED JUDGMENT

Upon consideration of the Complaint (ECF No. 1) and the Stipulation for Entry of Agreed Judgment filed by the parties (ECF No. 94), as well as the consent of the parties as evidenced by their signatures below, it is therefore

ORDERED, ADJUDGED AND DECREED that the student loan debt owed by Joan Le Ann Gillham to the Department of Education is dischargeable pursuant to 11 U.S.C. § 523(a)(8), and is hereby DISCHARGED.

### END OF JUDGMENT ##

AGREED TO CONTENT AND FORM:

LEIGHA SIMONTON
Acting United States Attorney

       */s/ Dawn Whalen Theiss*
Dawn Whalen Theiss
Assistant United States Attorney
Texas Bar No. 24051755
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8628
Facsimile: 214-659-8807
dawn.theiss@usdoj.gov
Attorneys for United States
Department of Education



         */s/ Joan L. Gillham*
Joan L. Gillham, Attorney at Law
PO Box 823921
Dallas, Texas 75382
(214) 324-7665
courtordersandrequests@gmail.com